# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **VALERIE WALKER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-469-SDJ-KPJ |
| § | |
| **KILOLO KIJAKAZI,** § | |
| *Acting Commissioner of Social Security*, § | |
| § | |
| Defendant. | |

## FINAL JUDGMENT

Pursuant to the order reversing and remanding this action for further administrative proceedings filed on this date, it is

**CONSIDERED, ORDERED, AND ADJUDGED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings.

All relief not previously granted is hereby **DENIED**.

So ORDERED and SIGNED this 10th day of November, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE